FILED
Charlotte
Oct 01 2025
U.S. District Court
Western District of N.C.

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

REC'D USMS W/NC CLT
'25 SEP 19 AM 8:54

| United States of America | ) |
|---|---|
| v. | ) |
| DONNELL WRIGHT MCCASKILL | ) Case No. 3:25-CR-263-KDB |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) DONNELL WRIGHT MCCASKILL,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371 - Conspiracy to Commit Offenses Against the United States
18 U.S.C. § 1029(a)(1) - Producing, Using, and Trafficking in a Counterfeit Access Device
18 U.S.C. § 1028(a)(2) - Unlawful Transfer of a False Identification Document
18 U.S.C. § 1028A - Aggravated Identity Theft
18 U.S.C. § 2 - Aiding and Abetting Offenses Against the United States

Date: 9/18/25

_Issuing officer's signature_

City and state: Charlotte, North Carolina

KATHERINE HORD SIMON, CLERK
_Printed name and title_

### Return

This warrant was received on (date) 9-19-25, and the person was arrested on (date) 9/30/2025
at (city and state) Charlotte, NC.

Date: 10/1/2025

_Arresting officer's signature_

Derrow Fisher Jr.
_Printed name and title_