UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | DOCKET NO. 3:25-cr-00263-KDB |
| v. | ) | |
| | ) | **FACTUAL BASIS** |
| (1) DONNELL WRIGHT MCCASKILL | ) | |
| | ) | |

NOW COMES the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, and hereby files this Factual Basis in support of the plea agreement filed simultaneously in this matter.

This Factual Basis is filed pursuant to Local Criminal Rule 11.2 and does not attempt to set forth all of the facts known to the United States at this time. By their signatures below, the parties expressly agree that there is a factual basis for the guilty plea(s) that the defendant will tender pursuant to the plea agreement, and that the facts set forth in this Factual Basis are sufficient to establish all of the elements of the crime(s). The parties agree not to object to or otherwise contradict the facts set forth in this Factual Basis.

Upon acceptance of the plea, the United States will submit to the Probation Office a "Statement of Relevant Conduct" pursuant to Local Criminal Rule 32.4. The defendant may submit (but is not required to submit) a response to the Government's "Statement of Relevant Conduct" within seven days of its submission. The parties understand and agree that this Factual Basis does not necessarily represent all conduct relevant to sentencing. The parties agree that they have the right to object to facts set forth in the presentence report that are not contained in this Factual Basis. Either party may present to the Court additional relevant facts that do not contradict facts set forth in this Factual Basis.

1. The defendant, DONNELL WRIGHT MCCASKILL ("MCCASKILL") was a resident of Charlotte, North Carolina, within the Western District of North Carolina.

2. The Identity Theft Victims resided in various states throughout the United States.

3. MCCASKILL produced or otherwise obtained counterfeit and fictitious forms of identification and counterfeit and fictitious credit cards in the names of Identity Theft Victims, including purported Texas, Florida, Utah, Connecticut, Michigan, and New York driver's licenses with the PII of Identity Theft Victims but with photographs of Steven Donn Dewitt ("Dewitt"), T.D. and O.B.

4. On or about August 16, 2023, MCCASKILL knowingly transferred, possessed, and used, without lawful authority, a means of identification of an actual person, during and in relation to one or more felony violations of 18 U.S.C. § 1029(a)(1). Specifically, on or about August 16,

2023, MCCASKILL shipped a package from a Federal Express location in Charlotte, North Carolina to Dewitt with an address in Los Angeles, California. The package contained approximately 22 counterfeit and fictitious driver's licenses with the PII of certain Identity Theft Victims, including Victim R.C., but with the photograph of Dewitt or T.D., and approximately 30 counterfeit and fictitious credit cards in the names of certain Identity Theft Victims. MCCASKILL knew that these counterfeit and fictitious driver's licenses contained the PII of other actual persons.

5.  In carrying out the above-described scheme, MCCASKILL acted with an intent to defraud, and at all times, MCCASKILL acted intentionally, knowingly and willfully and not by accident or mistake.

RUSS FERGUSON
UNITED STATES ATTORNEY

_____
Eric A. Frick
SPECIAL ASSISTANT UNITED STATES ATTORNEY

<u>Defendant's Counsel's Signature and Acknowledgment</u>

I have read this Factual Basis and the Superseding Bill of Indictment in this case, and have discussed them with the defendant. Based on those discussions, I am satisfied that the defendant understands the Factual Basis and the Superseding Bill of Indictment. I hereby certify that the defendant does not dispute this Factual Basis.

_____
John Parke Davis, Attorney for Defendant

DATED: 2/26/26

2